IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CANADA,　　　　　　　　　　　No. C 12-1909 TEH (PR)

　　　　　Plaintiff,　　　　　　　　ORDER OF DISMISSAL

　　v.

C. MCELROY, et al.,

　　　　　Defendants.
_____/

　　　　On April 17, 2012, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento), filed a complaint alleging that he is being mistreated by prison officials at CSP-Sacramento. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application. Doc. #2. Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action. Doc. #2.

　　　　The deadline has passed and Plaintiff has not provided the

1 Court with the requisite items.  The action, therefore, is DISMISSED
2 without prejudice.  No filings fees are due.
3             The Clerk is directed to terminate all pending motions as
4 moot and close the file.
5             IT IS SO ORDERED.

7 DATED    *06/04/2012*
                                    THELTON E. HENDERSON
8                                   United States District Judge

13 G:\PRO-SE\TEH\CR.12\Canada-12-1909-dismissal-ifp.wpd

**2**