IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD CANADA,                             No. C 12-1909 TEH (PR)

        Plaintiff,                ORDER OF DISMISSAL

    v.

C. MCELROY, et al.,

        Defendants.
_____/

        On April 17, 2012, Plaintiff, a state prisoner presently incarcerated at California State Prison - Sacramento ("CSP-Sacramento), filed a complaint alleging that he is being mistreated by prison officials at CSP-Sacramento.  Doc. #1.  The Court Clerk notified Plaintiff in writing at that time that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> application.  Doc. #2.  Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action.  Doc. #2.

        The deadline has passed and Plaintiff has not provided the

1  Court with the requisite items.  The action, therefore, is DISMISSED
2  without prejudice.  No filings fees are due.
3          The Clerk is directed to terminate all pending motions as
4  moot and close the file.
5          IT IS SO ORDERED.

7  DATED     _06/04/2012_          _____
                                   THELTON E. HENDERSON
8                                  United States District Judge

13  G:\PRO-SE\TEH\CR.12\Canada-12-1909-dismissal-ifp.wpd

**2**